1  Kevin R. Karp, Esq.
   Barber, Karp & Associates
2  Nevada Bar No. 1082
   557 Washington St.
3  Reno, Nevada  89503
   Telephone: 775-827-2557
4  Attorney for: Defendant

5

6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8

9  UNITED STATES OF AMERICA,              Case No. 3:11-CR-00060-RCJ-RAM

10         Plaintiff,                      SUBSTITUTION OF ATTORNEY

11     vs.

12  JUANITO RUIZ,

13         Defendant.
   _____/
14
       KEVIN KARP, ESQ., is hereby substituted as attorney for the Defendant, **JUANITO**
15
   **RUIZ**, in the above-entitled action, in place of and instead of RAMON ACOSTA, ESQ., of the
16
   FEDERAL DEFENDER'S OFFICE, District of Nevada.
17
       Dated this 9th day of June, 2011.
18
                                           JUANITO RUIZ
19                                         JUANITO RUIZ
                                           Defendant
20
       I hereby consent to the above and foregoing substitution.
21
       Dated this 13th day of June, 2011.
22

23                                         Ramon Acosta

24                                         RAMON ACOSTA, ESQ
                                           FEDERAL DEFENDER'S OFFICE
25                                         District of Nevada

26  //

                        Page 1 of  3

1  I hereby accept the above and foregoing substitution as attorney for the Defendant,
2  **JUANITO RUIZ.**

3  **<u>AFFIRMATION</u>**

4  Pursuant to NRS 239B.030, the undersigned does hereby affirm that this document does
5  not contain the social security number of any person.

6  Dated this ___8th___ day of June, 2011.

                                                                                    _____
9                                                                                    Kevin Karp, Esq.
                                                                                    Barber, Karp & Associates
10                                                                                   557 Washington Street
                                                                                    Reno, Nevada 89503
11                                                                                   (775) 827-2557

12  ORDER

13  IT IS SO ORDERED.

14  DATED: This 1st day of July, 2011.

_____
ROBERT C. JONES
Chief Judge